UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADMOOR LUMBER & PLYWOOD CO., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOYOTA INDUSTRIES CORPORATION, et al., <br><br> Defendants. | Case No. 24-cv-06640-JSC <br><br> **PRETRIAL ORDER NO. 1: CASE SCHEDULE THROUGH CLASS CERTIFICATION** |

Following the initial case management conference held on January 16, 2025, the Court imposes the following deadlines:

| | |
|---|---|
| Fact Discovery Commences: | November 1, 2024 |
| Initial Disclosures: | December 16, 2024 |
| Plaintiffs' Amended Complaint: | December 23, 2024 |
| Defendants' Response to Amended Complaint: | January 31, 2025 |
| Plaintiffs' Opposition to Motion to Dismiss: | March 7, 2025 |
| Defendants' Reply Brief: | March 28, 2025 |
| Motions to Dismiss Hearing: | April 24, 2025 at 10:00 a.m. |
| Written Discovery Substantial Completion: | January 9, 2026 |
| Motion for Class Certification | June 5, 2026 |
| Plaintiffs' Class Cert. Rule 26(a)(2) Disclosures: | June 5, 2026 |
| Class Certification Opposition: | August 7, 2026 |
| Defendants' Class Cert. Rule 26(a)(2) Disclosures: | August 7, 2026 |
| Class Certification Replies: | September 11, 2026 |
| Class Certification Hearing: | October 8, 2026 at 10:00 a.m. |

The Court sets a further case management conference for March 11, 2025 at 1:30 pm via videoconference with an updated case management conference statement due March 7, 2025.

**IT IS SO ORDERED.**

Dated: January 17, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge