David Stellings (*pro hac vice*)
LIEFF CABRASER HEIMANN
& BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592
dstellings@lchb.com

Roland Tellis (SBN 186269)
BARON & BUDD, P.C.
15910 Ventura Boulevard, Suite 1600
Encino, CA 91436
Telephone: 818.839.2333
rtellis@baronbudd.com

*Counsel for Plaintiffs*
[Additional counsel listed on signature page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADMOOR LUMBER & PLYWOOD CO., AIR GROUP LLC, ALEXANDER MOVING CO., et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOYOTA INDUSTRIES CORPORATION, TOYOTA MATERIAL HANDLING N.A., TOYOTA MATERIAL HANDLING, INC. and TOYOTA MOTOR CORPORATION, <br><br> Defendants. | Case No. 3:24-cv-06640-JSC <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXPAND THE PAGE LIMIT FOR PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND DIRECTION OF NOTICE UNDER FED. R. CIV. P. 23(E)** |

1    Pursuant to Civil Local Rules 7-11(a) and 7-12, Plaintiffs and Defendants Toyota Industries

2  Corporation, Toyota Material Handling, Inc., Toyota Material Handlings, N.A. ("TICO Defendants")

3  (together with Plaintiffs, the "Parties"), by and through their counsel of record, hereby stipulate as follows:

4    WHEREAS, the Parties have reached a proposed Settlement resolving Plaintiffs' claims as to the

5  TICO Defendants in this action;

6    WHEREAS, on January 20, 2026, Plaintiffs will file their Unopposed Motion for Preliminary

7  Approval of Class Settlement and Direction of Notice under Fed. R. Civ. P. 23(e) ("Motion for Preliminary

8  Approval");

9    WHEREAS, under Fed. R. Civ. P. 23(e) and this District's Procedural Guidance for Class Action

10  Settlements, a motion for preliminary approval of a class action settlement must address all the factors under

11  Rules 23(a), (b)(3), and (e)(2) as well as thirteen factors under the Procedural Guidance;

12    WHEREAS, given the substantial factual and legal arguments relating to the decision to direct notice

13  to the proposed Settlement Class, Plaintiffs require an expansion of the page limit on their Motion for

14  Preliminary Approval from 25 to 30 pages;

15    WHEREAS, this modest expansion is reasonable in light of the important issues to be considered by

16  the Court, and Plaintiffs' request is made in good faith and for good cause;

17    WHEREAS, this stipulation promotes judicial efficiency, does not prejudice any Party, and will not

18  cause any undue delay.

19    IT IS THEREFORE STIPULATED AND AGREED by the Parties, through their counsel of record,

20  that, subject to the Court's approval, Plaintiffs may submit a memorandum and points of authorities in

21  support of their Motion for Preliminary Approval of up to 30 pages.

22

23  **IT IS SO STIPULATED.**

24  Date: January 20, 2026                                          Respectfully submitted,

25  By: /s/ *Keri E. Borders*                                       By: /s/ *Kevin Budner*
    Alexander Calfo (SBN 52891)                                     Elizabeth J. Cabraser (SBN 083151)
26  Keri E. Borders (SBN 194015)                                    Kevin Budner (SBN 287271)
    Rebecca Johns (SBN 293989)                                      Phong-Chau G. Nguyen (SBN 286789)
27  **KING & SPALDING LLP**                                         **LIEFF CABRASER HEIMANN &**
    633 West Fifth Street, Ste. 1600                                **BERNSTEIN, LLP**
28  Los Angeles, CA 90071                                           275 Battery Street, 29th Floor
    Telephone: 213.443.4355                                         San Francisco, CA 94111

| | |
|---|---|
| Facsimile: 213.443.4310<br>acalfo@kslaw.com<br>kborders@kslaw.com<br><br>*Counsel for Defendants Toyota Motor Corporation, Toyota Material Handling, Inc., Toyota Material Handling, N.A.* | Telephone: 415.956.1000<br>Facsimile: 415.956.1008<br>ecabraser@lchb.com<br>kbudner@lchb.com<br>pgnguyen@lchb.com<br><br>David Stellings (*pro hac vice*)<br>Katherine McBride (*pro hac vice*)<br>Miranda Litwak (*pro hac vice*)<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>250 Hudson Street, 8th Floor<br>Telephone: 212.355.9500<br>dstellings@lchb.com<br>kmcbride@lchb.com<br>mlitwak@lchb.com<br><br>Roland Tellis (SBN 186269)<br>David Fernandes (SBN 280944)<br>Adam Tamburelli (SBN 301902)<br>**BARON & BUDD, P.C.**<br>15910 Ventura Boulevard, Suite 1600<br>Encino, CA 91436<br>Telephone: 818.839.2333<br>rtellis@baronbudd.com<br>dfernandes@baronbudd.com<br>atamburelli@baronbudd.com<br><br>*Counsel for Plaintiffs* |

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

DATED: January 20, 2026                                    /s/ *Kevin Budner*
                                                           Kevin Budner