Elizabeth J. Cabraser (SBN 083151)
Kevin Budner (SBN 287271)
Phong-Chau G. Nguyen (SBN 286789)
LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008
ecabraser@lchb.com
kbudner@lchb.com
pgnguyen@lchb.com

David Stellings (*pro hac vice*)
Katherine I. McBride (*pro hac vice*)
Miranda K. Litwak (*pro hac vice*)
LIEFF CABRASER HEIMANN
 & BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592
dstellings@lchb.com
kmcbride@lchb.com
mlitwak@lchb.com

*Counsel for Plaintiffs*
[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BROADMOOR LUMBER & PLYWOOD CO., AIR GROUP LLC, ALEXANDER MOVING CO.,  et al., <br><br> Plaintiffs, <br><br> v. <br><br> TOYOTA INDUSTRIES CORPORATION, TOYOTA MATERIAL HANDLING N.A., TOYOTA MATERIAL HANDLING, INC., and TOYOTA MOTOR CORPORATION, <br><br> Defendants. | Case No. 3:24-cv-06640-JSC <br><br> **PLAINTIFFS' ANDREWS HARDWARE COMPANY, INC. AND MARDERS NOTICE OF VOLUNTARY DISMISSAL** |

3352896.1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Andrews Hardware Company, Inc. and Marders voluntarily dismiss this action without prejudice as to all Defendants.

Dated:  January 20, 2026

Respectfully submitted,

By: /s/*Kevin R. Budner*
      Kevin R. Budner

Elizabeth J. Cabraser (State Bar No. 083151)
Kevin R. Budner (State Bar No. 287271)
Phong-Chau Nguyen (State Bar No. 286789)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008
ecabraser@lchb.com
kbudner@lchb.com
pgnguyen@lchb.com

David Stellings (*pro hac vice*)
Katherine McBride (*pro hac vice*)
Miranda K. Litwak (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
250 Hudson Street, 8th Floor
New York, NY 10013
Telephone: 212.355.9500
Facsimile: 212.355.9592
dstellings@lchb.com
kmcbride@lchb.com
mlitwak@lchb.com

Roland Tellis (SBN 186269)
David B. Fernandes, Jr. (SBN 280944)
Adam M. Tamburelli (SBN 301902)
**BARON & BUDD P.C.**
15910 Ventura Boulevard, Suite 1600
Encino, California 91436
Telephone: 818-839-2333
rtellis@baronbudd.com
dfernandes@baronbudd.com
atamburelli@baronbudd.com

*Counsel for Plaintiffs*

3352896.1

- 1 -

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:24-CV-06640-JSC